APPEARANCE
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

NO. __15-3912__

Leif A. Olson
_____

vs.

Target Corporation, et al.
_____

**The Clerk will enter my appearance as Counsel for the following party(s):**
**(please specify)**_____

Objector-Appellant Leif A. Olson
_____

s/ Theodore H. Frank
_____
**ATTORNEY NAME**

CEI, Center for Class Action Fairness
_____
**FIRM NAME**

1899 L Street, NW, 12th Floor
_____
**STREET or P.O. BOX**

Washington, DC 20036
_____
**CITY, STATE, ZIP**

(202) 331-2263
_____
**OFFICE PHONE NUMBER**

(202) 331-0640
_____
**FACSIMILE NUMBER**

ted.frank@cei.org
_____
**E-MAIL ADDRESS**

**CERTIFICATE OF SERVICE**

✔ I hereby certify that on 12/23/2015 _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

✔ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

(see attached)
_____.

s/ Theodore H. Frank
_____