# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-3909

In re: Target Corporation Customer Data Security Breach Litigation

------------------------------

Jim Sciaroni

Appellant

v.

Consumer Plaintiffs and Target Corporation

Appellees

No: 15-3912

In re: Target Corporation Customer Data Security Breach Litigation

------------------------------

Leif A. Olson

Appellant

v.

Consumer Plaintiffs and Target Corporation

Appellees

No: 16-1203

In re: Target Corporation Customer Data Security Breach Litigation

------------------------------

Leif A. Olson

Appellant

v.

Consumer Plaintiffs and Target Corporation

Appellees

No: 16-1245

In re: Target Corporation Customer Data Security Breach Litigation

------------------------------

Jim Sciaroni

Appellant

v.

Consumer Plaintiffs and Target Corporation

Appellees

No: 16-1408

In re: Target Corporation Customer Data Security Breach Litigation

------------------------------

Leif A. Olson

Appellant

v.

Consumer Plaintiffs and Target Corporation

Appellees

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:14-md-02522-PAM)
(0:14-md-02522-PAM)
(0:14-md-02522-PAM)
(0:14-md-02522-PAM)
(0:14-md-02522-PAM)

_____

# ORDER

After further consideration, Olson's motion for briefing schedule is granted. Briefs will be limited to parties' views with respect to the revised certification order entered by the district court. Appellants' initial briefs will be due in 20 days; the appellee's brief will be due 20 days after filing of the appellants' brief; and, the appellants will have 10 days to reply. Principal briefs will be limited to 5,000 words and the reply brief will be limited to 2,500 words.

Appellants' briefs are due August 15, 2017.

July 26, 2017

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans